AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lisa MacDonald, Personal Representative for the Estate of Emily D. MacDonald, deceased and Stephen Ernster, Personal Representative for the Estate of Kory M. Ernster, deceased

v.

City of South Haven, a Michigan Municipal Corporation
539 Phoenix Street, South Haven, MI 49090,
and John Doe
c/o 539 Phoenix Street, South Haven, MI 49090

Case No. 1:24-cv-00007
Hon. Jane M. Beckering

TO: John Doe
ADDRESS: c/o City of South Haven
539 Phoenix Street
South Haven, 49090

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ronald L. Marienfeld (P64232)
Marienfeld Law, PLLC
P.O. Box 965, Jackson, MI 49204
(517) 888-5900, ron@marienfeldlaw.com

CLERK OF COURT

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____John Doe_____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☑ Other (specify) __Summons served by 1st Class Mail to John Doe, City of South Haven, Def. Doe's true identity is unknown__.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __01/31/2024__

*Barbara K Heselschwerdt* (signature)
Server's signature

Barbara K. Heselschwerdt, Legal Assistant
Server's printed name and title
P.O. Box 965, Jackson, MI 49204
Server's address

Additional information regarding attempted service, etc.: