# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lisa MacDonald, Personal Representative for the Estate of Emily D. MacDonald, deceased and Stephen Ernster, Personal Representative for the Estate of Kory M. Ernster, deceased.

v.

City of South Haven
and
John Doe

Case No. 1:24-cv-00007
Hon. Jane M. Beckering

TO: Thomas D. Beindit
ADDRESS: Rosati, Schultz, Joppich & Amtsbuechler, PC
822 Centennial Way, STE 270
Lansing, MI 48917

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ronald L. Marienfeld II (P64232)
MARIENFELD LAW, PLLC
P.O BOX 965
Jackson, MI 49204
(517) 888-5900 - ron@marienfeldlaw.com

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk _____  Date _____

## PROOF OF SERVICE

This summons for __Thomas D. Beindit__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on __Thomas D. Beindit, Esq.__ (name of individual), who is designated by law to accept service of process on behalf of __City of South Haven__ (name of organization) on __02/05/2024__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __02/12/2024__

_Server's signature_

Additional information regarding attempted service, etc.:

Robyn M. Winneroski - Legal Assistant
_Server's printed name and title_
MARIENFELD LAW, PLLC, P.O. BOX 965
JACKSON, MI 49204
_Server's address_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thomas D. Beindit
   Johnson, Rosati, Schultz
      and Joppich, PC
   822 Centennial Way, Suite 270
   Lansing, Michigan 48917

   9590 9402 8509 3186 5954 38

2. Article Number (Transfer from service label)

   7022 2410 0002 8173 5804

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   x Margo VanAlten     ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #
GRAND RAPIDS, MI 49
9 FEB 2024   PM 4 L

9590 9402 8509 3186 5954 38

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

   MARIENFELD LAW, PLLC
   P.O. Box 965
   Jackson, Michigan 49204

# USPS Tracking®

*Handwritten annotation:* 1:24-cv-00007 Proof of Service 2/5/2024 USPS Def City of South Haven

FAQs >

Remove ✕

**Tracking Number:**

70222410000281735804

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:01 pm on February 5, 2024 in LANSING, MI 48917.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room
LANSING, MI 48917
February 5, 2024, 12:01 pm

### Redelivery Scheduled for Next Business Day

LANSING, MI 48917
February 3, 2024, 9:19 am

### Arrived at USPS Regional Facility

LANSING MI DISTRIBUTION CENTER
February 3, 2024, 12:56 am

### Arrived at USPS Regional Facility

GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
February 2, 2024, 9:16 am

### Arrived at USPS Regional Facility

PONTIAC MI DISTRIBUTION CENTER
February 1, 2024, 11:32 pm

Feedback