UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA MACDONALD as Personal
Representative of the Estate of Emily D.
MacDonald, et al.,

    Plaintiffs,

v.

CITY OF SOUTH HAVEN, et al.,

    Defendants.
_____/

Case No. 1:24-cv-7

HON. JANE M. BECKERING

## ORDER

Pending before the Court is a Motion to Dismiss filed by Defendant City of South Haven (ECF No. 4). On January 31, 2024, Plaintiffs filed a First Amended Complaint (ECF No. 8). Because the First Amended Complaint supersedes Plaintiffs' earlier Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendant's pending motion is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 4) is DISMISSED as moot.

Dated: February 13, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge