UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LISA MacDONALD, Personal Representative for the ESTATE OF EMILY D. MacDONALD, deceased and STEPHEN ERNSTER, Personal Representative for the ESTATE OF KORY M. ERNSTER, deceased, | Case No. 1:24-cv-00007-JMB-SJB<br>Hon. Jane M. Beckering<br><br>VanBuren Circuit Court No. 23-073478-NO<br>VanBuren Circuit Ct. Hon David DiStefano |
| Plaintiffs, | |
| v | |
| CITY OF SOUTH HAVEN, | |
| Defendant. | |

_____/

| | |
|---|---|
| MARIENFELD LAW, PLLC<br>Ronald L. Marienfeld, II (P64232)<br>Attorney for Plaintiffs<br>P.O. Box 965<br>Jackson, MI 49204<br>(517) 888-5900<br>ron@marienfeldlaw.com | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.<br>Andrew J. Brege (P71474)<br>Thomas D. Beindit (P81133)<br>Attorney for Defendant City of South Haven<br>822 Centennial Way, Ste. 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br>tbeindit@rsjalaw.com |

_____/

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADINGS TO AMENDED COMPLAINT**

The Parties, hereby stipulate and agree to extend the deadline for Defendant to respond to Plaintiff's recently filed Amended Complaint (ECF No. 8) in this matter. Unfortunately, Defendant's counsel has been dealing with an illness, which has delayed preparation of Defendant's responsive pleadings. Due to this issue, the Parties have agreed to extend the time for

Defendant to file responsive pleadings to Plaintiff's Amended Complaint from February 19, 2024 to March 4, 2024.

| | |
|---|---|
| /s/ Ronald L. Marienfeld, II (w/permission) | /s/ Thomas D. Beindit |
| Ronald L. Marienfeld, II (P64232) | Thomas D. Beindit (P81133) |
| Attorney for Plaintiffs | Attorney for Defendant |
| Dated: February 13, 2024 | Dated: February 13, 2024 |

### ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADINGS TO THE AMENDED COMPLAINT

The parties having agreed to the entry of this Order, as appears from the Stipulation above, and the Court being duly advised in the premises; therefore,

**IT IS HEREBY ORDERED** that the time for Defendants to file responsive pleadings to Plaintiff's Amended Complaint shall be extended 14 days from February 19, 2024 to March 4, 2024.

Dated: February 14, 2024                                /s/ Jane M. Beckering
                                                                        JANE M. BECKERING
                                                                        United States District Judge